# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERTO RODRIGUEZ, | No. CV 11-1629-JAK (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LOS ANGELES SHERIFF'S DEPT., et al., | |
| Defendants. | |

Pursuant to the order adopting magistrate judge's second report and recommendation, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and follow court orders.

DATED: November 29, 2011

HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE